(103 So. 711)

**Ex parte John G. CLEVELAND.**
(1 Div. 357.)

(Supreme Court of Alabama. April 16, 1925.)

Certiorari to Court of Appeals.
See, also, 19 Ala. App. 695, 99 So. 927.

Harry T. Smith & Caffey, of Mobile, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

SOMERVILLE, J. Petition of John G. Cleveland for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Cleveland v. State, 103 So. 707.

Writ denied.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.

(103 So. 909)

**Ex parte CENTRAL OF GEORGIA RY. CO.**
(4 Div. 215.)

(Supreme Court of Alabama. April 16, 1925.)

Certiorari to Court of Appeals.

G. L. Comer & Son, of Eufaula, for petitioner.
G. W. Winn, of Clayton, opposed.

SOMERVILLE, J. Petition of the Central of Georgia Railway Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Central of Georgia Ry. Co. v. Gillis Mule Co., 103 So. 906.

Writ denied.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.